# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Timothy P. Vernon | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Civil Action No.  2:09-cv-3059-RMG-RSC |
| Commissioner of Social Security Administration | ) |
| *Defendant* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: The Report and Recommendation of United States Magistrate Judge is adopted and incorporated. This matter is Reversed pursuant to Sentence Four of 42 U.S.C § 405(g) and Remanded to the ALJ for further consideration.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard Mark Gergel, United States District Judge

Date:   November 29, 2010                                      *CLERK OF COURT*   Larry W. Propes

                                                                                         *Signature of Clerk or Deputy Clerk*